1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES K. GOLDSMITH,

11            Plaintiff,                    No.  2:13-cv-0943 KJN P

12         vs.

13   MATTHEW CATE, et al.,

14            Defendants.              ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding without counsel or "pro se," has filed a civil

17   rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma

18   pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed his application for leave

19   to proceed in forma pauperis on the form used by this district.  Accordingly, plaintiff's

20   application will be dismissed and plaintiff will be provided the opportunity to submit the

21   application on the appropriate form.  Plaintiff is cautioned that he must also provide a certified

22   copy of his prison trust account statement for the six month period immediately preceding the

23   filing of his complaint.

24          In accordance with the above, IT IS HEREBY ORDERED that:

25          1.  Plaintiff's application to proceed in forma pauperis (ECF No. 2) is dismissed

26   without prejudice;

1         2.  The Clerk of the Court is directed to send plaintiff a new Application to

2  Proceed In Forma Pauperis By a Prisoner; and

3         3.  Plaintiff shall submit, within thirty days from the date of this order, a

4  completed application to proceed in forma pauperis.  Plaintiff's failure to comply with this order

5  will result in a recommendation that this action be dismissed without prejudice.

6  DATED:  May 20, 2013

7

8                                 KENDALL J. NEWMAN

9                                 UNITED STATES MAGISTRATE JUDGE

10  gold0943.3d

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2