UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES K. GOLDSMITH, | No. 2:13-cv-0943 KJN P |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| MATTHEW CATE et al., | |
| Defendants. | |

On May 22, 2013, plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). On May 21, 2013, plaintiff was ordered to file, within thirty days, an application for leave to proceed in forma pauperis on the form used by this district, and a certified trust account statement for the six months prior to the filing of the complaint, and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order, and has not complied with the May 21, 2013 order. Accordingly, IT IS HEREBY ORDERED that, within fourteen days, plaintiff shall show cause why this action should not be dismissed without

////

////

////

////

1

prejudice.  Failure to timely respond to this order will result in the dismissal of this action.

**Date:  7/2/2013**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/gold0943.osc

2