UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES K. GOLDSMITH, | No. 2:13-cv-0943 KJN P |
| Plaintiff, | |
| v. | ORDER |
| MATTHEW CATE, et al., | |
| Defendants. | |

Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed July 3, 2013, plaintiff was ordered to show cause, within fourteen days, why this action should not be dismissed. The fourteen day period has now expired, and plaintiff has not shown cause or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: July 31, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gold0943.fsc

1