UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES K. GOLDSMITH, | No. 2:13-cv-0943 WBS KJN P |
| Plaintiff, | |
| v. | ORDER |
| MATTHEW CATE and CORRECTIONAL OFFICER SMITH, | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding pro se. By order filed June 27, 2014, the undersigned granted defendants' motion to dismiss, and granted plaintiff twenty days to file an amended complaint. Twenty days have now passed, and plaintiff has not filed an amended complaint or otherwise responded.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: July 30, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/gold0943.dsm

1